JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY, | ) Case No. CV 17-2006-JFW (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| D. PARAMO, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject-Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 22, 2017

JOHN F. WALTER
U.S. DISTRICT JUDGE